IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3172 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KEVIN BOSLAU, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 31st day of May, 2012, this matter comes on before the Court upon the United States' Motion to Vacate (Filing No. 150) the Preliminary Order of Forfeiture (Filing No. 127). The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Vacate is hereby sustained.

2. The Preliminary Order of Forfeiture (Filing No. 127), entered January 19, 2010, is hereby vacated.

**BY THE COURT:**

*Richard G. Kopf*

**RICHARD G. KOPF, Senior Judge**
**United States District Court**